Jason C. Tatman, Esq.
WSBA No. 50107
The Law Offices of Jason C. Tatman, P.C.
506 2nd Ave Ste 1400
Seattle, WA 98104-2329
(844) 252-6972
Fax (858) 348-4976
jt@tatmanlegal.com

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON—TACOMA DIVISION

| | |
|---|---|
| IN RE:<br>MULENGA SABBATH MAKUNGU AKA SABBATH MAKUNGU AND GLADYS NANJEKE KALIMUKWA,<br><br>Debtors. | Case No.: 19-43928-BDL<br><br>Chapter 13<br><br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |

Secured Creditor Specialized Loan Servicing, LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWHEQ, Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10 ("Creditor"), respectfully submits its Objection to Confirmation of Chapter 13 Plan ("Plan"), of Debtors Mulenga Sabbath Makungu aka Sabbath Makungu and Gladys Nanjeke Kalimukwa ("Debtors").

I.  Statement of Facts.

1.  On December 10, 2019, Debtors filed a voluntary Chapter 13 petition.

2.  Michael G. Malaier is the duly qualified and acting Chapter 13 Trustee.

3.  On or about December 18, 2006, Debtors, for valuable consideration, made, executed, and delivered to Countrywide Bank, N.A. ("Lender"), a written Note ("Note"). Pursuant to the terms of the Note, Debtors agreed to repay the sum of $55,590.00 with annual interest of 10.000% in one hundred and eighty (180) monthly payments of $487.84 commencing

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN - 1

on February 1, 2007, and continuing thereafter on the 1st day of each succeeding month until January 1, 2022, at which time all amounts due and owing under the Note are to be paid in full.

4. As security for the Note and as part of the same transaction, Debtors made, executed, and delivered to Lender a Deed of Trust granting Lender beneficial interest in the real property commonly known as 3253 Destination Avenue East, Fife, WA 98424 ("Property").

5. The Note and Deed of Trust have been duly assigned to Creditor.

6. Debtors have defaulted under the terms of the Note and Deed of Trust by failing to make payments due thereunder. Prepetition arrears exist in the approximate amount of $59,811.48.

7. The total amount due and owing under the Note and Deed of Trust is approximately $107,729.17.

8. On December 10, 2019, Debtors filed their proposed Chapter 13 Plan. Pursuant to Debtors' proposed Chapter 13 Plan, Debtors propose to pay Creditor prepetition arrears of $60,000.00 in monthly payment of $1,000.00.

II. <u>Failure to provide for payment of Creditor's claim by its maturity date.</u>

9. In their proposed Chapter 13 Plan, Debtors propose to pay Creditor's prepetition claim over sixty (60) months. The Note matures by its terms in January 1, 2022, at which time all amounts due and owing under the Note are to be paid in full.

10. Debtors should be required to provide for payment of Creditor's full claim by its terms on or before the date it is due.

/ / /

/ / /

/ / /

/ / /

/ /

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN - 2

WHEREFORE, based upon the foregoing, Creditor respectfully requests that:

1. Confirmation of Debtors' proposed Chapter 13 Plan be denied; or
2. The case be dismissed; and
3. Such further relief as the Court deems just and proper.

Dated: January 20, 2020   Respectfully submitted,

*/s/Jason C. Tatman*
Jason C. Tatman, Esq.
Attorney for Secured Creditor
Specialized Loan Servicing, LLC, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWHEQ, Inc., Home Equity Loan Asset Backed Certificates, Series 2006-S10

# CERTIFICATE OF SERVICE

I am employed in the county of San Diego, California. My business address is 5677 Oberlin Drive, Suite 210, San Diego, CA 92121. I am over the age of eighteen years and not a party to this action.

On January 21, 2020, I served the Objection to Chapter 13 Plan on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Encinitas, CA, as follows:

(X) (BY REGULAR MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Encinitas, CA. I am "readily familiar" with this firm's practice of collection and processing of correspondence for mailing. It is deposited in the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the cancellation date or the postage meter date is more than 1 day after date of deposit for mailing affidavit.

(X) (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 20, 2020, at Encinitas, CA.

                                        */s/ Darren J. Devlin*
                                        Darren J. Devlin, Esq.

Mulenga Sabbath Makungu and Gladys Nanjeke Kalimukwa, 3253 Destination Ave. E, Fife, WA 98424

Ellen Ann Brown, Esq., *via ecf only*

Michael G. Malaier, *via ecf only*