Jason C. Tatman, Esq.
WSBA No. 50107
The Law Offices of Jason C. Tatman, P.C.
506 2nd Ave Ste 1400
Seattle, WA 98104-2329
(844) 252-6972
Fax (858) 348-4976
jt@tatmanlegal.com

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON—TACOMA DIVISION

| IN RE:<br><br>MULENGA SABBATH MAKUNGU AKA SABBATH MAKUNGU AND GLADYS NANJEKE KALIMUKWA,<br><br>Debtors. | Case No.: 19-43928-BDL<br><br>Chapter 13<br><br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |
|---|---|

Secured Creditor Toyota Motor Credit Corporation ("Creditor"), respectfully submits its Objection to Confirmation of Chapter 13 Plan ("Plan"), of Debtors Mulenga Sabbath Makungu aka Sabbath Makungu and Gladys Nanjeke Kalimukwa ("Debtors").

I. <u>Statement of Facts.</u>

1. On December 10, 2019, Debtors filed a voluntary Chapter 13 petition.

2. Michael G. Malaier is the duly qualified and acting Chapter 13 Trustee.

3. On or about April 5, 2015, Debtor Mulenga Makungu and Michelle L. Makungu ("Borrower"), for valuable consideration, made, executed, and delivered to Creditor a written Retail Installment Sale Contract ("Note"), for the finance and purchase of a 2015 Toyota Highlander, Vehicle Identification Number 5TDJKRFH4FS138033 ("Vehicle").

4. The total amount due and owing under the Note as of December 10, 2019, is approximately $15,101.68.

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN - 1

5. The fair market value of the Vehicle is approximately $24,017.33.

6. On December 10, 2019, Debtors filed their proposed Chapter 13 Plan. Pursuant to Debtors' proposed Chapter 13 Plan, Debtors propose to value the Vehicle at only $13,000.00 and to pay Creditor interest of only 6.00%.

II. Undervaluing of Vehicle and Interest Rate.

7. In their proposed Chapter 13 Plan, Debtors propose to value the Vehicle at only $13,000.00 and to pay Creditor interest of only 6.00%.

8. The fair market value of the Vehicle is approximately $24,017.33.

9. The total amount due and owing under the Note as of December 10, 2019, is approximately $15,101.68.

10. Per *In re Till*, Creditor is entitled to interest at the rate of prime plus 2 to 3%. Creditor requests an interest rate of at least 6.75%.

11. Debtors should be required to provide for payment of Creditor's full claim with interest of at least 6.75%.

WHEREFORE, based upon the foregoing, Creditor respectfully requests that:

1. Confirmation of Debtors' proposed Chapter 13 Plan be denied; or
2. The case be dismissed; and
3. Such further relief as the Court deems just and proper.

Dated: January 27, 2020                Respectfully submitted,

*/s/Jason C. Tatman*
Jason C. Tatman, Esq.
Attorney for Secured Creditor
Toyota Motor Credit Corporation

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN - 2

## NADA Used Cars/Trucks

NADA User Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.



**Period:** December 10, 2019　　**Region:** Washington
**VIN:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓　**Ref. Number:** ▓▓▓▓▓▓▓▓▓▓▓

### 2015 Toyota Highlander Utility 4D XLE 4WD 3.5L V6

**Mileage:** 67,500　　**Adjustment:** $0　　**Base MSRP:** $37,700
**Weight:** 4,464

### NADA Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Low Auction* | $16,550 | $39 | N/A | $16,589 |
| Average Auction* | $18,675 | $39 | N/A | $18,714 |
| High Auction* | $20,800 | $39 | N/A | $20,839 |
| Rough Trade-In | $17,875 | N/A | N/A | $17,875 |
| Average Trade-In | $19,250 | N/A | N/A | $19,250 |
| Clean Trade-In | $20,375 | N/A | N/A | $20,375 |
| Clean Loan | $18,350 | N/A | N/A | $18,350 |
| Clean Retail | $23,300 | N/A | N/A | $23,300 |

\* The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size; drivetrain, and trim.

### Vehicle Information

| | Trade-In / Loan | Retail |
|---|---|---|
| ☐ Towing/Camper Pkg | $300 | $325 |
| ☐ Certified Used | N/A | $1,400 |
| ☐ Rear Entertainment System | $475 | $525 |
| ☐ Fixed Running Boards | $50 | $50 |
| ☐ Luggage Rack | $50 | $50 |
| ☐ Rear Bucket Seats | $150 | $175 |
| ☐ Remote Engine Starter | $100 | $125 |

NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power. © 2019 J.D. Power

**CERTIFICATE OF SERVICE**

I am employed in the county of San Diego, California. My business address is 5677 Oberlin Drive, Suite 210, San Diego, CA 92121. I am over the age of eighteen years and not a party to this action.

On January 27, 2020, I served the Objection to Chapter 13 Plan on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Encinitas, CA, as follows:

(X) (BY REGULAR MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Encinitas, CA. I am "readily familiar" with this firm's practice of collection and processing of correspondence for mailing. It is deposited in the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the cancellation date or the postage meter date is more than 1 day after date of deposit for mailing affidavit.

(X) (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 27, 2020, at Encinitas, CA.

                                                  */s/ Darren J. Devlin*
Darren                                                  J. Devlin, Esq.

Mulenga Sabbath Makungu and Gladys Nanjeke Kalimukwa, 3253 Destination Ave. E, Fife, WA 98424

Ellen Ann Brown, Esq., *via ecf only*

Michael G. Malaier, *via ecf only*