# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

**Re**

**GLADYS NANJEKE KALIMUKWA**

**Debtor(s)**

_____

In Chapter 13 Proceeding
No. 19-43928-BDL

**ORDER SUSTAINING OBJECTION TO CLAIMS 1, 2, 3, 5 & 6**

It is ORDERED that the following claims are disallowed: 1) Claim #1 filed by the Internal Revenue Service; 2) Claim #2 filed by Capital One Bank (USA) N.A.; 3) Claime #3 filed by Toyota Motor Credit Corporation; and 4) Claims # 5 and #6 filed by BECU.

/// end of order ///

Presented by:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)