BROWN AND SEELYE PLLC
Ellen Ann Brown Esq.
Susan H. Seelye Esq.
744 South Fawcett Ave
Tacoma, WA 98402
Telephone   253-573-1958
Facsimile   253-274-1200

HONORABLE BRIAN D. LYNCH

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

GLADYS NANJEKE KALIMUKWA

Debtor(s)
_____

In Chapter 13 Proceeding
No. 19-43928-BDL

DEBTORS' RESPONSE TO
OBJECTION TO CONFIRMATION
BY SPECIALIZED LOAN SERVICING

COMES NOW the above-referenced debtor(s) and respond to the Objection to Confirmation as follows:

   Debtor has applied for a loan modification and is expecting to receive a response within 30 days.  Upon receipt of the modification Debtor will seek court approval for the modification and, if necessary, amend the Plan.   Trial payments will be made by the Trustee.

   It is hereby requested that the Amended Plan filed 2/3/20 be confirmed which accounts for the modification in Section X of the Paln.

   Dated February 3, 2020


   /s/ Ellen Ann Brown
   _____
   ELLEN ANN BROWN WSB#27992
   Attorneys for Debtor(s)