Entered on Docket February 27, 2020

**Submitted But Not Entered.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**

**Service is not compliant with Fed. R. Bankr. P. 3007(a)(2)(A)(i) and (ii).**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT COURT OF WASHINGTON

**Re**

**GLADYS NANJEKE KALIMUKWA**

**Debtor(s)**

_____

**In Chapter 13 Proceeding
No. 19-43928-BDL**

**ORDER SUSTAINING OBJECTION
TO CLAIMS 1, 2, 3, 5 & 6**

It is ORDERED that the following claims are disallowed: 1) Claim #1 filed by the Internal Revenue Service; 2) Claim #2 filed by Capital One Bank (USA) N.A.; 3) Claime #3 filed by Toyota Motor Credit Corporation; and 4) Claims # 5 and #6 filed by BECU.

/// end of order ///

Presented by:

:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)