**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **In re:** | ) |
| | ) **No. 19-43928-BDL** |
| | ) |
| **GLADYS NANJEKE KALIMUKWA** | ) |
| | ) **PROOF OF SUPPLEMENTAL SERVICE** |
| | ) **MOTION TO DISALLOW** |
| **Debtor** | ) **CLAIM(S) #1, 2, 3, 5 & 6** |
| | ) **AND NOTICE OF HEARING** |
| | ) |

I declare under penalty of perjury under the laws of the State of Washington as follows:

A copy of the Objection to Claims and Notice of Hearing above was mailed first class mail and certified mail as follows:

Capital One Bank (USA), N.A. by American InfoSource as agent, PO BOX 71083, Charlotte, NC 28272-1083

Capital One Bank (USA0 NA, Richard Dana Fairbank, Chairman/CEO, 1680 Capital 1 Drive, McLean, VA 22102

Dated: May 3, 2020.

/s/ Ellen Ann Brown
Ellen Ann Brown

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958