Entered on Docket May 7, 2020

**Below is the Order of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

**Re**

**GLADYS NANJEKE KALIMUKWA**

**Debtor(s)**

In Chapter 13 Proceeding
No. 19-43928-BDL

**ORDER SUSTAINING OBJECTION TO CLAIMS 1, 2, 3, 5 & 6**

It is ORDERED that the following claims are disallowed: 1) Claim #1 filed by the Internal Revenue Service; ~~2) Claim #2 filed by Capital One Bank (USA) N.A.~~; 3) Claime #3 filed by Toyota Motor Credit Corporation; and 4) Claims # 5 and #6 filed by BECU.

BDL

/// end of order ///

Presented by:

/s/ Ellen Ann Brown

_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)